UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-114-BR-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | ORDER |
| v. | |
| | |
| CORDERA BOYD | |

This matter is before the court on defendant's unopposed motion to reopen the pretrial motions period and to continue the arraignment and trial. For good cause shown, the motion is ALLOWED. Any pretrial motion shall be filed on or before 11 August 2014. Arraignment and trial are continued to 29 September 2014. Because defense counsel has a scheduling conflict with the current arraignment and trial date and thus needs additional time to prepare, the court finds the ends of justice served by granting of this continuance outweigh the best interests of the public and defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This 22 July 2014.

_____
W. Earl Britt
Senior U.S. District Judge